574

371 A.2d 858
Commonwealth v. Jones, Appellant.

Submitted September 22, 1976. Arthur R. Sagoskin, Assistant Public Defender, and Martin J. King, Public Defender, for appellant; Peter F. Schenck, Assistant District Attorney, and Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.